IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL E. FRANKLIN,** | CIV S-05-0304 RRB KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES WALKER, Acting Warden, California State Prison, Sacramento,** | |
| Respondent. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before March 5, 2008.

Dated: February 7, 2008.

_____
U.S. MAGISTRATE JUDGE

Order