IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL E. FRANKLIN,

      Petitioner,               No. CIV S-05-0304 RRB KJM P

  vs.

JAMES WALKER, Acting Warden,

      Respondent.              <u>ORDER</u>

_____/

      This matter is placed on calendar on April 23, 2008 at 10:00 in Courtroom Twenty Six for status. The parties should be prepared to discuss the following:

      1. Whether a traverse/reply is necessary;

      2. Whether petitioner will pursue discovery and whether the parties need time for investigation; and

      3. The need for and timing of an evidentiary hearing.

      IT IS SO ORDERED.

DATED: April 4, 2008.

_____
U.S. MAGISTRATE JUDGE

2 fran0304.sts

1