IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL E. FRANKLIN,

    Petitioner,               No. CIV S-05-0304 JAM KJM P

    vs.

JAMES WALKER, Acting Warden,

    Respondent.             <u>ORDER</u>

_____/

    This matter was on calendar on April 23, 2008 for status.  Robert D. Bacon appeared for petitioner; Catherine Tennant and Carlos Martinez, Deputies Attorney General, appeared for respondent.  After discussion with the parties, the court established the following schedule:

    – By May 9, 2008, the parties should file a joint statement, identifying the additional materials to be lodged with the court.  The materials so identified should be lodged by June 13, 2008.  If the parties disagree about particular items, they should note as much in the filing.  Within ten days of this filing, the parties may file simultaneous letter briefs about the areas of disagreement.  The court will hear argument on the issues, if necessary, on May 28, 2008 at 10:00 a.m. in Courtroom 26.

1  – Petitioner's reply/traverse and his motion for discovery, if any, is due by July 3,
2  2008.  Respondent's response to the traverse and his opposition, if any, to the motion for
3  discovery, is due by August 4, 2008.  Petitioner's reply to the opposition to the motion for
4  discovery is due by August 18 and the matter is set for argument on August 21, 2008 at 10:00
5  a.m. in Courtroom 26.
6  – Respondent is directed to provide a courtesy copy of the answer, as required by
7  Local Rule 5-133(f), within ten days of the date of this order.
8  IT IS SO ORDERED.
9  DATED:  May 1, 2008.

_____
U.S. MAGISTRATE JUDGE

2
fran0304.oah