IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. FRANKLIN,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES WALKER, Acting Warden,<br>California State Prison,<br>Sacramento,<br><br>    Respondent.<br>_____/ | No. Civ. 2:05-0304 JAM KJM<br><br><u>Order Granting Motion for<br>Recusal</u> |

The matter before the Court is Petitioner Michael E. Franklin's unopposed motion for recusal pursuant to 28 U.S.C. § 455(b)(2).[1]  The Court grants the motion.  Accordingly, it is hereby ordered that the Clerk of the Court is directed to

---

[1] This motion was determined to be suitable for decision without oral argument.  E.D. Cal. L.R. 78-230(h).

1

randomly refer this case to another district court judge for any further proceedings which may be appropriate or required.

IT IS SO ORDERED.

Dated: May 16, 2008                    _____
                                       JOHN A. MENDEZ,
                                       UNITED STATES DISTRICT JUDGE