ROBERT D. BACON, SB #73297
484 Lake Park Avenue, PMB 110
Oakland, California 94610
(510) 834-6219; FAX (510) 444-6861
E-mail: bacon2254@aol.com

Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. FRANKLIN,<br><br>   Petitioner,<br><br>   vs.<br><br>JAMES WALKER, Acting Warden of<br>California State Prison, Sacramento,<br><br>   Respondent. | No. CIV S 05-0304 FCD KJM P<br><br>**ORDER GRANTING PETITIONER'S UNOPPOSED REQUEST FOR EXTENSION OF TIME** |

On Petitioner's unopposed request (docket no. 49), and good cause appearing, IT IS ORDERED:

1. The due date for petitioner's traverse and motion for discovery is extended until **August 4, 2008.**

2. Respondent's response to the traverse and to the motion for discovery is now due September 4, 2008.

3. Petitioner's reply to the response to the motion for discovery is now due September 18, 2008.

4. The matter is set for argument on October 8, 2008, at 10:00 a.m., in Courtroom 26, Sacramento.

DATED: June 16, 2008.

_____
U.S. MAGISTRATE JUDGE

**Order for Extension of Time**    No. CIV S 05-0304 FCD KJM P    1