1  ROBERT D. BACON, SB #73297
   484 Lake Park Avenue, PMB 110
2  Oakland, California 94610
   (510) 834-6219; FAX (510) 444-6861
3  E-mail: bacon2254@aol.com

4  Attorney for Petitioner

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9  MICHAEL E. FRANKLIN,                    )
                                           )    No.  CIV S 05-0304 FCD KJM P
10             Petitioner,                 )
                                           )
11       vs.                               )    **ORDER GRANTING**
                                           )    **PETITIONER'S UNOPPOSED**
12  JAMES WALKER, Warden of                )    **REQUEST FOR EXTENSION OF TIME**
    California State Prison, Sacramento,    )
13                                         )
               Respondent.                 )
14  _____)

15          On Petitioner's unopposed request (docket no. 54), and good cause appearing, IT IS

16  ORDERED:

17          1.  The due date for petitioner's traverse and motion for discovery is extended until

18  August 18, 2008.

19          2.  Respondent's response to the traverse and to the motion for discovery is now due

20  October 2, 2008.

21          3.  Petitioner's reply to the response to the motion for discovery is now due November

22  3, 2008.

23          4.  The matter is set for argument on November 19, 2008, at 10:00 a.m., in Courtroom

24  26, Sacramento.

25  Dated:  July 8, 2008.

26                                              _____
                                                U.S. MAGISTRATE JUDGE
27

28

**Order for Extension of Time**          No.  CIV S 05-0304 FCD KJM P                    1