IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL E. FRANKLIN,** | CIV S-05-0304 FCD KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES WALKER, Acting Warden, California State Prison, Sacramento,** | |
| Respondent. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondents have until July 28, 2008 in which to lodge the exhibits with the Court (docket no .52).

Dated: July 8, 2008.

_____
U.S. MAGISTRATE JUDGE

Order