IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL E. FRANKLIN,** | CIV S-05-0304 JAM KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES WALKER, Acting Warden, California State Prison, Sacramento,** | |
| Respondent. | |

On Respondent's unopposed request (docket no. 61), and good cause appearing, IT IS ORDERED:

The due date for Respondent's Reply to the Traverse and Opposition to Petitioner's Motion for Discovery is extended until November 3, 2008. The hearing in this matter is rescheduled for December 17, 2008, at 10:00 a.m.

Dated: October 6, 2008.

_____
U.S. MAGISTRATE JUDGE

Order