IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL E. FRANKLIN,** <br><br> Petitioner, <br><br> v. <br><br> **JAMES WALKER, Acting Warden, California State Prison, Sacramento,** <br><br> Respondent. | Case No. CIV S-05-0304 FCD KJM P <br><br> **ORDER** |

IT IS HEREBY ORDERED that the time for filing opposition to request for reconsideration is extended through and including January 14, 2010. Petitioner's reply brief shall be filed on or before January 25, 2010.

Dated: January 8, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1