IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL FRANKLIN,

    Petitioner,                  No. CIV S-05-304 FCD KJM P

    vs.

JAMES WALKER, Acting Warden,

    Respondents.              <u>ORDER</u>

/

        The Clerk of the Court is directed to file the one page letter from Robert D. Bacon, dated March 17, 2010, under seal.

DATED: April 2, 2010.

                                           U.S. MAGISTRATE JUDGE

2
fran0304.ord

1