IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL FRANKLIN,

      Petitioner,           No. CIV S-05-0304 FCD KJM P

   vs.

JAMES WALKER,

      Respondents.      ORDER

_____/

      The parties are directed to file status reports within fourteen days of the date of this order addressing the following questions:

      1. Has discovery been completed?

      2. Are amendments to the petition anticipated?

      3. Is an evidentiary hearing necessary to resolve any issues in the petition and, if so, which issues?

      4. Is an evidentiary hearing permitted under 28 U.S.C. § 2254(e)(2)?

/////

/////

/////

1

1         5.  If an evidentiary hearing is necessary and permissible, what dates are the
2 parties available for such a hearing?
3         IT IS SO ORDERED.
4 DATED: October 7, 2010.

                                                            _____
                                                             U.S. MAGISTRATE JUDGE

2
fran0304.sts

2