\

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL FRANKLIN,

    Petitioner,   No. CIV S-05-304 FCD KJM P

  vs.

JAMES WALKER, Acting Warden,

    Respondent.   <u>ORDER</u>

_____/

    In light of the parties' status reports, the court directs petitioner to file his formal motion for an evidentiary hearing no later than November 22, 2010, and calendar it in accordance with the local rules.

    IT IS SO ORDERED.

DATED: October 29, 2010.

_____
U.S. MAGISTRATE JUDGE

2

fran0304.ord(2)

1