1

2

3

4

5

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11  MICHAEL E. FRANKLIN,

12            Petitioner,                    No. CIV S-05-0304 KJM EFB P

13       vs.

14  JAMES WALKER, Acting Warden of
    California State Prison, Represa,

15            Respondent.                    ORDER

16  _____/

17        In light of the undersigned's familiarity with this case, which was assigned to her

18  as a Magistrate Judge, the court finds the interests of judicial economy and fairness will be

19  served by revoking the referral to the Magistrate Judge currently assigned to the case. See Local

20  Rule 302(d).

21        The hearing on petitioner's motion for an evidentiary hearing (doc. no. 90) is set

22  at 10:00 a.m. on Wednesday, March 16, 2011 in Courtroom Three.

23        IT IS SO ORDERED.

24  DATED:  February 4, 2011.

25                                           _____
                                             UNITED STATES DISTRICT JUDGE
26  2/fran0304.rev

                                             1