IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL FRANKLIN,

               Petitioner,               No. CIV S-05-304 KJM P

     vs.

TIM VIRGA, Warden,

               Respondents.          ORDER

_____/

        Petitioner's motion for leave to file a supplemental brief (ECF No. 98) is denied.

        IT IS SO ORDERED.

DATED:  February 10, 2011.

_____
UNITED STATES DISTRICT JUDGE

2
fran0304.ord

1