IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL E. FRANKLIN,

    Petitioner,      No. CIV-S-05-0304 KJM P

  vs.

TIM VIRGA, Acting Warden,

    Respondent.      <u>ORDER</u>

_____/

    In light of the decision in *Cullen v. Pinholster*, ___ U.S. ___ (2011), 2011 WL 1225705 (4/4/11), the parties may file supplemental briefs, limited to ten pages each, no later than fourteen days from the date of this order.

    IT IS SO ORDERED.

DATED: April 6, 2011.

_____
UNITED STATES DISTRICT JUDGE

2

fran0304.cul