UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. FRANKLIN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN, Mule Creek State Prison[1],<br><br>　　　　Respondent. | Civ. No.  S-05-304 KJM<br><br><br><br>ORDER |

　　　　This case was on calendar on March 20, 2014 for a status conference.  Robert Bacon appeared for petitioner; David Eldridge and Catherine Nieto appeared for respondent.

　　　　The court granted respondent's motion to exclude Robert Zernich's testimony about the extensive public interest in and conversation about the Franklin trial in Plumas County, at least as part of petitioner's case-in-chief.  It also denied petitioner's motion in limine to exclude James Reichle's testimony as moot after respondent said he would not call Reichle.  The court deferred ruling on the others motions until hearing.

　　　　The case is set for evidentiary hearing on June 16, 2014 at 9:00 a.m. in Courtroom Three.

　　　　IT IS SO ORDERED.

DATED: March 26, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] The court substitutes petitioner's current custodian as the respondent in this case.  FED. R. CIV. P. 25(D).

1